**Order entered December 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00346-CR
No. 05-14-00347-CR

**MICHAEL KENNEDY LOUIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-10013-Q, F13-52531-Q**

## ORDER

The Court **REINSTATES** the appeals.

On October 27, 2014, we granted the motion of Riann Moore to withdraw as counsel. We ordered the trial court to appoint new counsel to represent appellant. On December 16, 2014, appellant and new counsel David Bulbow filed a motion to dismiss the appeals. We will dispose of the motion to dismiss the appeals in due course.

We **DIRECT** the Clerk to add David Bulbow as appellant's appointed attorney of record.

/s/    LANA MYERS
        JUSTICE